IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | 8:06CR389 |
| ) | |
| FRANCISCO JAVIER CRUZ-GUZMAN, ) | **SCHEDULING ORDER** |
| LUIS JACOLA-ECHEVERRIA, ) | |
| ) | |
| Defendants. ) | |

    IT IS ORDERED that the following is set for hearing on **December 21, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    -Initial Appearance and Arraignment on Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

    DATED this 19th day of December, 2006.

                                                  BY THE COURT:

                                                  S/ F.A. Gossett
                                                  United States Magistrate Judge