## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CR389 |
| vs. | ) | |
| | ) | ORDER |
| FRANCISCO CRUZ-GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for additional time to file pretrial motions [31]. The defendant has filed a waiver of speedy trial.

**IT IS ORDERED** that the motion [31] is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended from January 10, 2006 to **January 30, 2006.**

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 10, 2006 and January 30, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of defense counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED July 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**