IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:06CR389 |
| vs. | |
| FRANCISCO JAVIER CRUZ-GUZMAN, | ORDER TO SHOW CAUSE |
| Defendant. | |

The Court's records show the Office of the Clerk of Court sent a notice (Filing No. 72) by electronic filing on May 5, 2017, to Ernest H. Addison. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of today's date, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

On or before July 28, 2017, attorney Ernest H. Addison, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Mr. Addison as counsel of record for the defendant.

Dated this 14th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge