IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER CRUZ-GUZMAN,<br><br>               Defendant. | **8:06CR389**<br><br>**ORDER** |

      Ernest H. Addison, Jr., is listed as counsel of record for the defendant. The court records show the Office of the Clerk of Court sent a notice on May 5, 2017, (Filing No. 72) to Ernest H. Addison, Jr., by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on July 13, 2017, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. On July 14, 2017, the Court directed the attorney to pay the assessment or show cause why he could not comply with the rules of the court by July 28, 2017. (Filing No. 74). Mr. Addison did not respond to the court's order. Accordingly,

      **IT IS ORDERED:**

      Ernest H. Addison, Jr., is stricken as an attorney of record for the defendant. Said attorney may apply to be readmitted as an attorney of record only after paying the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h).

      DATED this 31st day of July, 2017.

                                                                       BY THE COURT:

                                                                      s/ Michael D. Nelson<br>
                                                                       United States Magistrate Judge