IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCISCO CRUZ-GUZMAN, <br><br> Defendant. | **8:06CR389** <br><br> **ORDER** |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 76). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion to Dismiss the Indictment without prejudice (Filing No. 76) is granted as to this defendant only.

Dated this 19th day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge